IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **FRANKLIN KEITH KELSEY,** : <br> : <br> **Plaintiff,** : <br> : <br> : <br> : <br> v. : <br> : <br> **DR. HALE BURNSIDE, et al.,** : <br> : <br> **Defendants.** : <br> _____: | Civil Action No. <br> 5:08-CV-282 (HL) |

## <u>ORDER</u>

Before the Court is the Recommendation (Doc. 34) entered on August 11, 2009, of United States Magistrate Judge Claude W. Hicks, Jr., in which the Magistrate Judge recommends that the Motion to Dismiss filed by Defendants Burnside, Chase, and Ramsey be granted (Doc. 16). The Magistrate Judge also recommends dismissing Plaintiff's action against the remaining Defendants, Goale, McKinley, Perry, and Fields.

Plaintiff has filed an Objection (Doc. 35). Defendants Burnside, Chase, and Ramsey, have filed a response to Plaintiff's objection (Doc. 36). Pursuant to 28 U.S.C. § 636(b)(1), the Court has thoroughly considered Plaintiff's Objection and has made a de novo determination of the portion of the Recommendation to which he objects.

After close consideration, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge. The Magistrate Judge did not specifically state why Plaintiff's claims against Defendants Goale, McKinley, and Fields should be dismissed. Nevertheless, the Court finds, after careful review of Plaintiff's complaint and the record, that Plaintiff's claims against Defendants Goale, McKinley, and Fields are subject to dismissal because Plaintiff failed to exhaust his administrative remedies as to them. Plaintiff filed two grievances while incarcerated at Men's State Prison, neither of which complained of any actions or inactions of Defendants Goale, McKinley, and Fields.

Accordingly, the Defendants Burnside, Chase, and Ramsey's Motion to Dismiss is Granted and Plaintiff's action against the remaining Defendants, Goale, McKinley, Fields, and Perry, is dismissed.

**SO ORDERED**, this the 29th day of September, 2009.


/s/ Hugh Lawson
**HUGH LAWSON, Senior Judge**


lmc